# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PAUL WATKINS, *individually and as successor in interest for decedent, Christopher Evan Watkins*,<br><br>    Plaintiff,<br><br>v.<br><br>SCRIPPS HEALTH, *et al.*,<br><br>    Defendants. | Case No. 24-cv-1028-BAS-JLB<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE PARTY (ECF No. 5)** |

Before the Court is Defendant Vista Community Clinic's ("Vista") motion to substitute the United States of America as a defendant in its place, pursuant to 42 U.S.C. §§ 233(a) and (g). Plaintiff Edward Paul Watkins ("Watkins" or "Plaintiff") filed this action in state court, alleging negligence and wrongful death against several defendants, including Vista. The defendants removed the case to federal court on June 13, 2024. (ECF No. 1.) Vista moved to substitute the United States as a defendant in its place on June 25, 2024. (ECF No. 5.) Plaintiff's deadline to respond to the motion was due July 22, 2024. That deadline has come and gone, but Plaintiff has failed to file any response to the motion.

Concurrent with the Notice of Removal, the defendants filed a Certificate of Scope of Employment, certifying that Vista was deemed by the Department of Health and Human Services, pursuant to 42 U.S.C. § 233, eligible for coverage under the Federal Tort Claims

Act, effective January 1, 2021.  (ECF No. 1-2.)  The events giving rise to this action took place on or around August 2022.  (ECF No. 1-3, Compl. ¶ 9.)

The United States Attorney for the Southern District of California has certified that Vista was acting within the scope of employment at the time of the incidents alleged in the Complaint.  (ECF No. 5-1.)  Vista argues that the torts alleged in the Complaint against Vista should be deemed to have been brought against the United States under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 2671 *et seq.*  (ECF No. 5 at 2:21–24.)  Indeed, Ninth Circuit caselaw supports this.  *See, e.g.*, *M.J. ex rel. Beebe v. United States*, 721 F.3d 1079, 1084 (9th Cir. 2013) ("The FTCA immunizes federal employees from individual liability for an 'action [that] is properly against the United States under the FTCA.'" (citation omitted)).  Plaintiff offers no arguments in response to Vista's motion to substitute, and thus this Court deems the argument conceded.  Standing Order for Civil Cases Rule 4.K. (Feb. 1, 2022).

Therefore, the Court **SUBSTITUTES** Defendant the United States of America for Defendant Vista Community Clinic in the instant action.  The Clerk of Court is directed to terminate Defendant Vista Community Clinic from the case and add Defendant the United States of America in its place.

**IT IS SO ORDERED.**

**DATED: August 7, 2024**

Hon. Cynthia Bashant
United States District Judge